

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00274-CR

Perry Ellis **MAYFIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 11-07-10728-CR
Honorable Richard C. Terrell, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

SIGNED July 9, 2014.

_____
Patricia O. Alvarez, Justice